```
 1  Sanford Jay Rosen, State Bar No. 62566
    Maria V. Morris, State Bar No. 223903
 2  Lori E. Rifkin, State Bar No. 244081
    ROSEN, BIEN & GALVAN, LLP
 3  315 Montgomery Street, Tenth Floor
    San Francisco, CA 94104
 4  Telephone: (415) 433-6830
    Facsimile:  (415) 433-7104
 5
 6  Attorneys for Plaintiffs

 7  (Additional Counsel for Plaintiffs on the following page)
 8
 9                   UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO DIVISION
```

| | |
|---|---|
| CLAUDE BRYANT, et al.,<br>On behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE CORPORATION INTERNATIONAL, et al.,<br><br>Defendants. | Case Nos. C 08-1190-SI, C 08-1184-SI<br><br>STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND NOTICE OF APPEARANCE OF NEW COUNSEL |
| WILLIAM HELM, et al. On behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC., et al.<br><br>Defendants. | |

PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby substitute one of their counsel and attorneys of record as in this matter as follows:

Former Counsel:    Rosen, Bien and Galvan, LLP

STIP OF SUBSTITUTION OF COUNSEL FOR    1    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

```
                           Sanford Jay Rosen
 1                         Maria V. Morris
                           Lori E. Rifkin
 2                         315 Montgomery Street, Tenth Floor
                           San Francisco, CA 94104
 3                         (415) 433-6830

 4    New Counsel:         Burnham Brown
                           Robert M. Bodzin
 5                         P.O. Box 119
                           Oakland, California 94604-0119
 6                         (510) 444-6800

 7         PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON
 8    LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs
 9

10    DATED: October 23, 2008              ROSEN, BIEN & GALVAN, LLP
11
12                                         By /s/
                                           Sanford Jay Rosen, State Bar No. 62566
13                                         Maria V. Morris, State Bar No. 223903
                                           Lori E. Rifkin, State Bar No. 244081
14
15                                         315 Montgomery Street, Tenth Floor
                                           San Francisco, CA 94104
16                                         Telephone: (415) 433-6830

17    DATED: October 23, 2008              BURNHAM BROWN
18
19                                         By /s/
                                           Robert M. Bodzin, State Bar No. 201327
20                                         P.O. Box 119
                                           Oakland, CA 94604-0119
21                                         Telephone: (510) 444-6800
22
23
24
25
26
27
28
      STIP OF SUBSTITUTION OF COUNSEL FOR           2     Case Nos. C 08-1190-SI, C 08-1184-SI
      PLTF AND NOT OF APP OF NEW COUNSEL.
```

| | |
|---|---|
| 1 | Additional Counsel for Plaintiffs |
| 2 | J. Nelson Thomas, NY Attorney No. 2579159 |
| | Patrick J. Solomon, NY Attorney No. 2716660 |
| 3 | Annette Gifford, NY Attorney No. 4105870 |
| | DOLIN, THOMAS & SOLOMON LLP |
| 4 | 693 East Avenue |
| | Rochester, NY 14607 |
| 5 | Telephone: (585) 272-0540 |
| | Facsimile: (585) 272-0574 |
| 6 | |
| | Charles H. Saul, PA State Bar No. 19938 |
| 7 | MARGOLIS EDELSTEIN |
| | 525 William Penn Place, Suite 3300 |
| 8 | Pittsburgh, PA 15219 |
| | Telephone: (412) 281-4256 |
| 9 | Facsimile: (412) 642-2380 |

STIP OF SUBSTITUTION OF COUNSEL FOR PLTF AND NOT OF APP OF NEW COUNSEL      4      Case Nos. C 08-1190-SI, C 08-1184-SI

10/23/2008 14:06 FAX 415 433 7104    ROSEN BIEN GALVAN                    ☒005
Oct-14-08  09:19am  From-BURNHAM BROWN           +510 835 6666         T-016  P.005/006  F-164

Case 3:08-cv-01190-SI   Document 104   Filed 10/24/2008   Page 4 of 4

1  PURSUANT TO STIPULATION
   IT IS SO ORDERED
2
                                           _____
3  DATED: October ___, 2008                HONORABLE SUSAN ILLSTON
4                                          UNITED STATES DISTRICT COURT

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP OF SUBSTITUTION OF COUNSEL FOR        3    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL