BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile: (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO. 3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER EXTENDING TIME TO SUBMIT RESPONSIVE AND REPLY BRIEFING** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,

2. Defendant's reply to that motion shall be filed and served no later than **Monday, May 24, 2010**.

| | |
|---|---|
| **IT IS SO ORDERED:** | Honorable Susan Illston<br>United States District Court<br><br>_/s/ Susan Illston_<br>_____ |

**AGREED TO:**

| | |
|---|---|
| By: /s/ Annette Gifford<br>   J. Nelson Thomas (*pro hac vice*)<br>   Patrick J. Solomon (*pro hac vice*)<br>   Annette Gifford (*pro hac vice*)<br>   THOMAS & SOLOMON LLP<br>   693 East Avenue<br>   Rochester, NY  14607<br>   Telephone:  585-272-0540<br>   Facsimile:  585-272-0574<br><br>   Robert M. Bodzin, State Bar No. 201327<br>   BURNHAM BROWN<br>   P.O. Box 119<br>   Oakland, CA 94604<br>   Telephone: (510) 835-6833<br>   Facsimile:  (510) 835-6666<br><br>   Charles H. Saul (*pro hac vice*)<br>   MARGOLIS EDELSTEIN<br>   525 William Penn Place<br>   Suite 3300<br>   Pittsburgh, PA 15219<br>   Telephone:  412-281-4256<br>   Facsimile:  412-642-2380<br><br>   Counsel for Plaintiffs | By: /s/ John A. Mason<br>   Steven H. Gurnee<br>   Nicholas P. Forestiere<br>   John A. Mason<br>   GURNEE & DANIELS LLP<br>   2240 Douglas Blvd, Suite 150<br>   Roseville, CA 95648<br>   Telephone:  916-797-3100<br>   Facsimile:  916-797-3131<br><br>   Counsel for Defendant |